**[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 1218.]**

NEW HAMPSHIRE INSURANCE GROUP, APPELLEE, *v.* FROST ET AL., APPELLEES;

STUMP, APPELLANT.

[Cite as *New Hampshire Ins. Group v. Frost*, 1996-Ohio-328.]

*Appeal dismissed as improvidently allowed.*

(No. 95-1653—Submitted October 9, 1996—Decided December 11, 1996.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 67823.

———————————

*Quandt, Giffels & Buck Co., L.P.A., Walter R. Matchinga* and *Edward J. Stoll, Jr.,* for appellee New Hampshire Insurance Group.

*McIntyre, Kahn & Kruse Co., L.P.A., Patrick J. Gallagher* and *Mark F. Kruse*, for appellant.

———————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.

RESNICK and COOK, JJ., separately dissent.

———————————

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 2} I would reverse the judgment of the court of appeals.

COOK, J., dissenting. I would affirm the judgment of the court of appeals.

———————————